# United States District Court
## Southern District of Georgia

SUNDAY QUINCY USOH,

        Plaintiff,

v.

LT. LEWIS,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:23-cv-48

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 15, 2025, the Court grants Defendant's Motion for Summary Judgment and dismisses Plaintiff's Complaint.  This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 15, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*